[No. 17290-9-II.   Division Two.   November 14, 1995.]

SUN HAN YI, *Appellant*, v. GREG DITTER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-05401-6, Waldo F. Stone, J., entered May 21, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Wiggins and Fleisher, JJ.

[No. 17406-5-II.   Division Two.   November. 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND L. HOBBS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00259-7, Leonard Costello, J., entered August 6, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan and Fleisher, JJ.

[No. 17565-7-II.   Division Two.   November 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ARTHUR DAVENPORT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-04473-2, Grant L. Anderson, J., entered September 30, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 17590-8-II.   Division Two.   November 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH WARE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 93-1-00614-4, Barbara D. Johnson, J., entered October 12, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, C.J., and Bridgewater, J.